**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-15364 |
| Allen Driver | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND**
**DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        Clerk of the Court
        219 South Dearborn
        Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

      Date: 3/28/14
      Time: 9:15 A.M.
  Location: Joliet City Hall
           Second Floor
           150 West Jefferson Street
           Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 2/20/14          By: */s/ Joji Takada*
                                                                         Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| Allen Driver | § | Case No. 12-15364 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 31.05 |
| leaving a balance on hand of[1] | $ | 11,968.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 3,500.00 | $ 0.00 | $ 3,500.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 95.55 | $ 0.00 | $ 95.55 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,545.55 |
| Remaining Balance | | $ | 6,423.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,832.34  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 46.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Fia Card Services | $ 9,250.62 | $ 0.00 | $ 4,295.76 |
| 2 | N. A. Fia Card Services | $ 1,600.28 | $ 0.00 | $ 743.13 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 632.98 | $ 0.00 | $ 293.94 |
| 4 | N. A. Capital One Bank (Usa) | $ 2,348.46 | $ 0.00 | $ 1,090.57 |
| | Total to be paid to timely general unsecured creditors | | $ | 6,423.40 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
           Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Allen Driver
    Debtor

Case No. 12-15364-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: gbeemster     Page 1 of 2     Date Rcvd: Feb 21, 2014
                        Form ID: pdf006     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2014.
```
db             #+Allen Driver,    1409 Pine Woods Court,    University Park, IL 60484-3145
18779471       +Aes/chase Bank,    Pob 2461,    Harrisburg, PA 17105-2461
18779472       +Aes/nct,    Aes-Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
18779473      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
18779475       +Butterfield Place UT Homeowners Ass,    c/o Deborah Reid,    7815 W. 159th Street,
                 Tinley Park, IL 60477-1343
18779479      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Citibank Usa,    Citicorp Credit Svs/Attn: Centraliz,    Po Box 20363,
                  Kansas City, MO 64195)
19849925        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
18779476       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
18779477       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18779478       +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
19762134        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18779481       +Fia Csna/Bank of America,    Attn: Bankruptcy,    Po Box 15021,    Wilmington, DE 19850-5021
18779482       +Heller and Frisone,    33 North LaSalle Street,    Suite 1200,    Chicago, IL 60602-2866
18779483       +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
18779484       #+Jane Driver,    4604 West 207th Street,    Matteson, IL 60443-2695
18779485       +Jane Driver,    c/o Cynthia Vocat,    17900 Dixie Highway, #3A,    Homewood, IL 60430-3039
18779487       +Mcsi Inc,    Po Box 327,    Palos Heights, IL 60463-0327
18779488       +Pierce & Associates,    1 North Dearborn,    Suite 1300,    Chicago, IL 60602-4373
18779489       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18779493      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
                (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
18779491        Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
18779492       +Wells Fargo Financial Cards,    3201 North 4th Avenue,    Sioux Falls, SD 57104-0700
18779494       +Wf Fin Bank,    Wells Fargo Financial,    4137 121st St,    Urbandale, IA 50323-2310
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19841765       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 22 2014 01:20:42
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 1
```
```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18779480*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  FIA Card Services,    PO Box 982235,    El Paso, TX 79998-2235)
18779474*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,    PO Box 982235,    El Paso, TX 79998-2235)
18779490*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Unvl/citi,    Attn.: Centralized  Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2014                                        Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: gbeemster              Page 2 of 2              Date Rcvd: Feb 21, 2014
                              Form ID: pdf006              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2014 at the address(es) listed below:

```
              Andrew J Nelson    on behalf of Creditor    WELLS FARGO BANK anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christopher M Brown    on behalf of Creditor    Wells Fargo Bank, N.A.
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Frances  Gecker    on behalf of Trustee Joji  Takada fgecker@fgllp.com
              Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Lorraine M Greenberg    on behalf of Debtor Allen  Driver lgreenberg@greenberglaw.net,
               lmganda@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 8
```