UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Allen Driver § Case No. 12-15364
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| Frank Gecker LLP | | | | | |
| Frank Gecker LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | N. A. Capital One Bank (Usa) | | | | | |
| 1 | N. A. Fia Card Services | | | | | |
| 2 | N. A. Fia Card Services | | | | | |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-15364 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Allen Driver | | | | Date Filed (f) or Converted (c): | 04/16/2012 (f) |
| | | | | | 341(a) Meeting Date: | 05/09/2012 |
| For Period Ending: | 10/01/2014 | | | | Claims Bar Date: | 02/21/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home | 250,000.00 | 250,000.00 | | 0.00 | FA |
| 2. Multi-Unit Home | 17,500.00 | 17,500.00 | | 12,000.00 | FA |
| 3. Cash | 35.00 | 35.00 | | 0.00 | FA |
| 4. Checking Account | 150.00 | 150.00 | | 0.00 | FA |
| 5. Household Goods | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6. Wearing Apparel | 500.00 | 500.00 | | 0.00 | FA |
| 7. Furs Jewelry | 100.00 | 100.00 | | 0.00 | FA |
| 8. Hobby Equipment | 300.00 | 300.00 | | 0.00 | FA |
| 9. Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| 10. Interest in IRA ERISA Keough Pension Profit Sharing Plan | Unknown | 0.00 | | 0.00 | FA |
| 11. Interest in IRA ERISA Keough Pension Profit Sharing Plan | 140,000.00 | 140,000.00 | | 0.00 | FA |
| 12. Interest in IRA ERISA Keough Pension Profit Sharing Plan | 0.00 | 0.00 | | 0.00 | FA |
| 13. Interest in IRA ERISA Keough Pension Profit Sharing Plan | 0.00 | 0.00 | | 0.00 | FA |
| 14. Vehicle | 9,500.00 | 9,500.00 | | 0.00 | FA |
| 15. Checking Account | 889.00 | 889.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $419,974.00 | $419,974.00 | | $12,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Investigating post-petition transfer of Debtor's interest in two unit building, inherited 2009, located at 7941 S Aberdeen, Chicago, Illinois 60620; Negotiated settlement with joint owners; Preparing final report.

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | 1/2 undivided interest in single family home<br>Location: 4604 West 207th Street, Matteson, Illinois 60443 |
| RE PROP # | 2 | -- | 1/4 interest in two unit building, inherited 2009;<br>Location: 7941 S Aberdeen, Chicago, Illinois 60620 |
| RE PROP # | 4 | -- | 1/4 interest in Shore Bank checking account |
| RE PROP # | 5 | -- | household goods and furnishings; linens, housewares, small appliances, pots, pans, dishes, bed, tv, dresser, computer, household tools, |
| RE PROP # | 6 | -- | necessary wearing apparel, bible, texbooks, family pictures |
| RE PROP # | 7 | -- | chain, watch; glasses |
| RE PROP # | 8 | -- | camera, sporting equipment, firearms |
| RE PROP # | 9 | -- | term life insurance policy |
| RE PROP # | 10 | -- | Pension Plan - FERS - Unknown |
| RE PROP # | 11 | -- | 401(k) |
| RE PROP # | 12 | -- | pension benefits - IBM |
| RE PROP # | 13 | -- | pension benefits - IBM |
| RE PROP # | 14 | -- | 2009 Chevrolet Impala (80,000 + miles) |
| RE PROP # | 15 | -- | checking account Bank Financial |

Initial Projected Date of Final Report (TFR): 04/16/2012        Current Projected Date of Final Report (TFR): 04/16/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-15364 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | Allen Driver | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number/CD#: | XXXXXX8073 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX9665 | | Blanket Bond (per case limit): | |
| For Period Ending: | 10/01/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/13 | 2 | Joan Malone | Settlement payment | 1110-000 | $2,000.00 | | $2,000.00 |
| 11/06/13 | 2 | Joan Malone | Settlement payment | 1110-000 | $10,000.00 | | $12,000.00 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.23 | $11,986.77 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.82 | $11,968.95 |
| 04/01/14 | 100001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,950.00 | $10,018.95 |
| 04/01/14 | 100002 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3210-000 | | $3,500.00 | $6,518.95 |
| 04/01/14 | 100003 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654 | Final distribution per court order. | 3220-000 | | $95.55 | $6,423.40 |
| 04/01/14 | 100004 | N. A. Fia Card Services Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Final distribution to claim 1 per court order. | 7100-000 | | $4,295.76 | $2,127.64 |
| 04/01/14 | 100005 | N. A. Fia Card Services Fia Card Services, N.A. 4161 Piedmont Parkway Nc4 105 03 14 Greensboro, Nc 27410 | Final distribution to claim 2 per court order. | 7100-000 | | $743.13 | $1,384.51 |
| 04/01/14 | 100006 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 3 per court order. | 7100-000 | | $293.94 | $1,090.57 |

Page Subtotals:                           $12,000.00       $10,909.43

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-15364 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Allen Driver | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8073 |
| | Checking |
| Taxpayer ID No: XX-XXX9665 | Blanket Bond (per case limit): |
| For Period Ending: 10/01/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/01/14 | 100007 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 4 per court order. | 7100-000 | | $1,090.57 | $0.00 |

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $12,000.00 | $12,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $12,000.00 | $12,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $12,000.00 | $12,000.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8073 - Checking | $12,000.00 | $12,000.00 | $0.00 |
|  | $12,000.00 | $12,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| **Total Net Deposits:** | $12,000.00 |
| Total Gross Receipts: | $12,000.00 |